```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 29722
   VIRGINIA E HIGHTS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6577

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 08/11/2004 and was confirmed 10/04/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 05/07/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE BANK         FILED LATE         807.61          .00           .00
SCA                      UNSEC W/INTER NOT FILED            .00           .00
PREMIER BANCARD CHARTER  UNSEC W/INTER      522.53        55.68        522.53
LEWIS UNIVERSITY         UNSEC W/INTER     2990.00       319.03       2990.00
SEARS ROEBUCK & CO       UNSEC W/INTER NOT FILED            .00           .00
WOMEN'S WORKOUT WORLD    UNSEC W/INTER NOT FILED            .00           .00
CHICAGO PATROLMENS FED C CURRENT MORTG        .00           .00           .00
CHICAGO PATROLMENS  C U  CURRENT MORTG        .00           .00           .00
CHICAGO PATROLMENS  C U  SECURED          23500.00          .00      23500.00
CHICAGO PATROLMENS  C U  UNSEC W/INTER NOT FILED            .00           .00
CHICAGO PATROLMENS FED C UNSEC W/INTER NOT FILED            .00           .00
WELLS FARGO BANK NA      CURRENT MORTG        .00           .00           .00
WELLS FARGO BANK         NOTICE ONLY   NOT FILED            .00           .00
WELLS FARGO BANK NA      MORTGAGE ARRE   20424.62           .00      20424.62
CHICAGO PATROLMENS FED C UNSEC W/INTER   10936.26       1191.26      10936.26
WELLS FARGO BANK NA      COST OF COLLE      66.72           .00         66.72
NEAL FELD                DEBTOR ATTY      3,072.00                   3,072.00
TOM VAUGHN               TRUSTEE                                     3,750.11
DEBTOR REFUND            REFUND                                     23,081.57

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE           89,909.78

PRIORITY                                       .00
SECURED                                  43,991.34
UNSECURED                                14,448.79
    INTEREST                              1,565.97
ADMINISTRATIVE                            3,072.00
TRUSTEE COMPENSATION                      3,750.11

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 29722 VIRGINIA E HIGHTS
```

```
DEBTOR REFUND                                                  23,081.57
                                          ----------------   ----------------
TOTALS                                         89,909.78        89,909.78
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/13/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```